## LUTHER ET AL. *v.* NASON ET AL.

[No. 4,837.    Filed June 29, 1905.    Rehearing denied October 24, 1905.]

From Lake Circuit Court; *Virgil S. Reiter,* Special Judge.

Suit by Eunice Nason and others against Iredell L. Luther and others.    From a decree for plaintiffs, defendants appeal. *Affirmed.*

*John B. Peterson* and *Crumpacker & Moran,* for appellants.

*Stimson Brothers* and *J. G. Ibach,* for appellees.

PER CURIAM.—The question whether the finding of the court was sustained by sufficient evidence or was contrary to law being alone presented, we have carefully considered the evidence in the record and have concluded that the trial court did not err in overruling the motion for a new trial.

Judgment affirmed.